```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

**ROTOWORKS INTERNATIONAL LIMITED**                                    PLAINTIFF

      v.            Civil No. 07-5009

**GRASSWORKS USA, LLC;
GRASSWORKS!!! L.L.C.;
ROBERT D. UMBERSON a/k/a/BOBBY
UMBERSON; and LINDA K. REED**                                          DEFENDANTS

## O R D E R

    Now on this 6th day of March, 2007, come on for consideration the **Motion To Dismiss Defendant Linda K. Reed** (document #13) and the **Motion To Dismiss Defendant GrassWorks!!! L.L.C.** (document #14), and from said motions, the responses thereto, the supporting documentation, and the evidence adduced at a hearing on plaintiff's Motion For Temporary Injunction on February 20, 2007, the Court finds and orders as follows:

    1.    Plaintiff Rotoworks International Limited ("Rotoworks") alleges that defendants are liable to it for trademark infringement by counterfeiting and implied passing off, in violation of **15 U.S.C. §1114(1)**, and for trade dress and trademark infringement, in violation of **15 U.S.C. §1125(a)**.

    Defendant Linda K. Reed moves for dismissal as to her, claiming that process was insufficient and that the Court does not have personal jurisdiction over her. Defendant GrassWorks!!!, L.L.C. ("GrassWorks") moves for dismissal as to it, claiming that it was not involved in the conduct which forms the gravamen of the

Complaint.

2. The Court will not unduly belabor Reed's motion. She offers no suggestion of any basis to question the sufficiency of process. The contention as to personal jurisdiction is adequately refuted by Reed's testimony at the hearing, and the documentary evidence offered both at the hearing and in opposition to the motion, all of which were to the effect that Reed was the Marketing Director of GrassWorks USA, LLC, an entity formed by defendant Bobby Umberson and herself for the purpose of distributing Rotowiper brand weed wipers all over the United States. The business has a manufacturing facility near Lincoln, Arkansas, and Arkansas is in its sales territory. Reed was involved in arranging for the sale of at least one weed wiper in the State of Arkansas. Given these facts, the Court finds no reason to conclude that it lacks personal jurisdiction over Reed.

3. GrassWorks offers the Declaration of Bobby Umberson in support of its motion. Umberson attempts to explain the confusion between various legal entities with very similar names. He states that he has operated a sole proprietorship for cattle grazing under the name GrassWorks!!! since 1999. He claims to be a partner in an entity named GrassWorks USA, LLC, formed in 2004 to sell Rotowipers. He avers that Michelle Thomas is the sole owner of the entity, GrassWorks!!!, LLC, but at the hearing he testified that he and Thomas were partners in this entity.

Adding to the confusion, while Umberson claims that neither GrassWorks!!! nor GrassWorks!!!, LLC, has ever sold Rotowipers, he admits that GrassWorks USA, LLC, has "sometimes used the mark GrassWorks!!!"

The motion to dismiss will be denied.  Umberson's Affidavit suggests that he has no standing to move for the dismissal of GrassWorks!!!, LLC, because it avers that that entity is wholly owned by Michelle Thomas.  Even if the Court credits Umberson's testimony that he is involved in GrassWorks!!!, LLC, it is inclined to agree with Rotoworks that Umberson's Affidavit does little to clarify the names and usages of names among this confusing set of artificial entities.  It appears that discovery is needed with regard to the issue.  If, at that point, there is evidence that would justify dismissal of GrassWorks!!!, LLC, the motion to dismiss may be renewed.

**IT IS THEREFORE ORDERED** that the **Motion To Dismiss Defendant Linda K. Reed**  (document #13) is **denied.**

**IT IS FURTHER ORDERED** that the **Motion To Dismiss Defendant GrassWorks!!! L.L.C.** (document #14) is **denied.**

**IT IS SO ORDERED.**

                                                /s/ Jimm Larry Hendren
                                                **JIMM LARRY HENDREN**
                                                **UNITED STATES DISTRICT JUDGE**