```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**ROTOWORKS INTERNATIONAL LIMITED**                                          **PLAINTIFF**

      **v.**          **Civil No. 07-5009**

**GRASSWORKS USA, LLC;**
**GRASSWORKS!!! L.L.C.;**
**ROBERT D. UMBERSON a/k/a/BOBBY**
**UMBERSON; and LINDA K. REED**                                              **DEFENDANTS**

## O R D E R

On the 4th day of April, 2007, the Court conducted a telephone conference with respect to **Plaintiff's Motion To Compel Inspection Of Defendants' Manufacturing Facility** (document #31) and defendants' **Motion For Protective Order** (document #35). After hearing the positions of the parties on the issues, the Court finds that both motions have some merit, and makes the following Order:

**IT IS ORDERED** that **Plaintiff's Motion To Compel Inspection Of Defendants' Manufacturing Facility** (document #31) is **granted**, and defendants are directed to allow plaintiff's attorneys and private investigator to enter their manufacturing facility and inspect, measure, and photograph all objects in plain view located there. No items in the facility are to be removed or covered prior to this inspection, which is to take place as soon as reasonably possible. Plaintiff's attorneys and investigators will not open drawers or inspect the contents of closed containers.

**IT IS FURTHER ORDERED** that defendants' **Motion For Protective**

**Order** (document #35) is **granted**, and that defendant shall provide responses at this time only to those Interrogatories, Requests for Production of Documents, and Requests for Admissions propounded to separate defendant Bobby Umberson.  Defendants will, however, indicate in each response whether the response of any other defendant would be different from Umberson's response, and if so, in what way it would differ.  If, upon receipt of these responses, plaintiff believes additional written discovery is merited, it will approach the Court for leave to submit same.

**IT IS FURTHER ORDERED** that each party shall bear its own costs and fees in connection with these motions.

**IT IS SO ORDERED.**

                                                **/s/ Jimm Larry Hendren**
                                                **JIMM LARRY HENDREN**
                                                **UNITED STATES DISTRICT JUDGE**