```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION

ROTOWORKS INTERNATIONAL                              PLAINTIFF
LIMITED
            v.           Civil No. 07-05009

GRASSWORKS USA, LLC
GRASSWORKS!!! L.L.C.
BOBBY UMBERSON
LINDA K. REED                                       DEFENDANTS
```

### ORDER

NOW on this 5th day of June 2007, comes on for consideration plaintiff's **Bill of Costs** (document #57) and defendants' response thereto (document #62). The Court, being well and sufficiently advised, finds and orders as follows:

1. On May 8, 2007, the Court entered an Order (document #56) denying defendants' Second Motion for Protective Order (document #49) and requiring defendants to pay plaintiff's costs and attorney's fees associated with the filing of said motion. The Order further directed plaintiff to submit to the Court documentation for the costs and fees it claims in this regard.

Plaintiff thereafter submitted the bill of costs that is now before the Court.

2. The Court has reviewed the costs and fees submitted by plaintiff and finds they are reasonable and appropriate – insofar as they were incurred in responding to defendants' Second Motion for Protective Order. However, under the terms of the Court's May 8th Order, expenses claimed by plaintiff for work performed <u>prior to</u> the

filing of defendants' said Second Motion for Protective Order are not required to be paid by defendants. Such expenses were not incurred "in responding to the Second Motion for Protective Order." See May 8, 2007 Order at 5.  Thus, it appears to the Court that the amounts required to be paid by defendants to plaintiff per the Court's May 8, 2007 Order total $1,060.00.

3. Accordingly, the Court finds that plaintiff's petition should be, and it hereby is, **granted in part** and defendants are ordered to pay fees and costs to plaintiff in the total amount of $1,060.00.

**IT IS SO ORDERED.**

/s/ Jimm Larry Hendren
**JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**