**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**ROTOWORKS INTERNATIONAL LIMITED**                   **PLAINTIFF**

        **v.**         **Civil No. 07-5009**

**GRASSWORKS USA, LLC;
ROBERT D. UMBERSON a/k/a/BOBBY
UMBERSON; LINDA K. REED; and
METAL WORKS, L.L.C**                                           **DEFENDANTS**

## O R D E R

    Now on this 21st day of December, 2007, the Court, being given to understand that the plaintiff may desire to move for additional court-awarded damages and attorney's fees in this matter, hereby directs that any such motions be filed no later than January 4, 2008.

    If a motion for such relief is filed, defendants will have eleven (11) days thereafter to file any objections thereto, whereupon the Court will determine the issues and enter final judgment in this matter.

    If no such motion is filed by January 4, 2008, the Court will enter final judgment on the jury verdict and the prayer for injunctive relief at that time.

    **IT IS SO ORDERED.**

                                                              /s/ Jimm Larry Hendren
                                                              **JIMM LARRY HENDREN
                                                              UNITED STATES DISTRICT JUDGE**