IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROTOWORKS INTERNATIONAL LIMITED                    PLAINTIFF

          v.           Civil No. 07-5009

GRASSWORKS USA, LLC;
ROBERT D. UMBERSON a/k/a/BOBBY
UMBERSON; LINDA K. REED; and
METAL WORKS, L.L.C                                 DEFENDANTS

                        O R D E R

    Now on this 2nd day of January, 2008, comes on for
consideration plaintiff's **Motion For Release Of Bond Obligation**
(document #158).  The Motion seeks return of a $5,000 bond posted
in response to the Court's March 5, 2007, Order granting temporary
injunctive relief to plaintiff.

    **F.R.C.P. 65(c)** provides that no preliminary injunction shall
issue "except upon the giving of security by the applicant, in
such sum as the court deems proper, for the payment of such costs
and damages as may be incurred or suffered by any party who is
found to have been wrongfully enjoined."

    The bond in question was predicated upon the possibility that
defendants - if they prevailed at trial - might be able to show
damages from being enjoined from selling their existing inventory
of Rotowipers for thirty days, and from painting their own weed
wipers aqua.  At trial, the jury found that all defendants
infringed plaintiff's ROTOWIPER trademark, and infringed
plaintiff's aqua color scheme trade dress.  These findings by the

jury are evidence that the temporary injunction was not granted in error, and the Court, therefore, concludes that the bond should be released.

   **IT IS THEREFORE ORDERED** that plaintiff's **Motion For Release Of Bond Obligation** (document #158) is **granted**, and the Clerk of Court is directed to release the bond to plaintiff.

   **IT IS SO ORDERED.**

                                       /s/ Jimm Larry Hendren
                                      **JIMM LARRY HENDREN**
                                      **UNITED STATES DISTRICT JUDGE**