```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**ROTOWORKS INTERNATIONAL**
**LIMITED**                                              **PLAINTIFF**

v.                      Civil No. 07-5009

**GRASSWORKS USA, LLC;**
**BOBBY UMBERSON; LINDA**
**K. REED; and METAL WORKS,**
**L.L.C.**                                              **DEFENDANTS**

## O R D E R

It appearing that proceedings in the above matter have been stayed as to separate defendants Bobby Umberson and Linda Reed by the filing of bankruptcy proceedings on behalf of each of them, **IT IS ORDERED** that an administrative termination of the case be entered as to those separate defendants, without prejudice to the right of any party to reopen these proceedings, should same be appropriate upon the final disposition of the bankruptcy proceedings filed by Umberson or Reed, for any purpose required to obtain a final determination of this litigation.

**IT IS SO ORDERED** this the 25th day of January 2008.

                              /s/ Jimm Larry Hendren
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE