```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

ROTOWORKS INTERNATIONAL LIMITED                                     PLAINTIFF

        v.           Civil No. 07-5009

GRASSWORKS USA, LLC
GRASSWORKS!!! L.L.C.
BOBBY UMBERSON
LINDA K. REED
                                                                 DEFENDANTS

## **O R D E R**

It appearing that proceedings in the above matter have been stayed as to separate defendants Bobby Umberson and Linda Reed, pending the disposition of bankruptcy proceedings which may become dispositive of the litigation here pending;

**IT IS ORDERED** that an administrative termination of the case as to all defendants be entered, without prejudice to the right of the parties to reopen the proceedings for good cause shown for entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

**IT IS SO ORDERED** this the 18th day of March 2008.

                                        **/s/ Jimm Larry Hendren**
                                        **JIMM LARRY HENDREN**
                                        **UNITED STATES DISTRICT JUDGE**