```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**ROTOWORKS INTERNATIONAL**                                        **PLAINTIFF**
**LIMITED**
         **v.**               **Civil No. 07-5009**

**GRASSWORKS USA, LLC**
**GRASSWORKS!!! L.L.C.**
**BOBBY UMBERSON**
**LINDA K. REED**                                                  **DEFENDANTS**

### O R D E R

    Now on this the 19th day of May 2008, comes on for consideration Plaintiff's **Motion to Reopen Case** (document #166), to which no response by Defendants has been filed, and the Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

    1. In December 2007, this matter was tried before a jury and a verdict was returned for Plaintiff Rotoworks International Limited ("Plaintiff"). On January 4, 2008, during the time allowed by the Court for post-trial motions, separate defendants Bobby Umberson and Linda Reed each filed for Chapter 13 bankruptcy in the United Stated Bankruptcy Court for the Western District of Arkansas. Accordingly, the proceedings in this matter were stayed as to Bobby Umberson and Linda Reed, pending the disposition of bankruptcy proceedings.

    Thereafter, Plaintiff filed a motion to lift the automatic stay in each of the bankruptcy cases, and the Bankruptcy Court granted such relief on April 10, 2008. The order of the

Bankruptcy Court states that the automatic stay is lifted for the purpose of entering final judgment in this matter, including any and all rulings on Plaintiff's post-trial Motion for Treble Damages, Attorneys' Fees, and Costs (document #156).

2. In view of the foregoing, the Court finds that this matter should be reopened in order to obtain a final determination of this litigation.

**IT IS THEREFORE ORDERED** that this matter should be, and it hereby is, reopened so that a final judgment may be entered in this proceeding.

**IT IS SO ORDERED.**

/s/ Jimm Larry Hendren
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**