IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROTOWORKS INTERNATIONAL
LIMITED,

    Plaintiff,

    v.                                  Case No. 5:07-cv-05009

GRASSWORKS USA, LLC,
ROBERT D. UMBERSON a/k/a BOBBY
UMBERSON,
LINDA K. REED, and
METAL WORKS, LLC,

    Defendants.

## **J U D G M E N T**

This action came on for trial on December 3, 2007, before the Court and a jury, the Honorable Jimm Larry Hendren, United States District Judge, presiding. The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on December 11, 2007. The jury awarded (1) $75,000 in profits and $25,000 in damages against Defendant Grassworks USA, LLC; (2) $125,000 in profits and $26,000 in damages against Defendant Robert D. Umberson; (3) $50,000 in profits and $12,000 in damages against Defendant Linda K. Reed; and (4) $50,000 in profits and $12,000 in damages against Defendant Metal Works, LLC.

Based upon the evidence presented at trial, the Court finds that the U.S. Trademark Registration No. 2,194,858 for ROTOWIPER is a valid and enforceable trademark, and that Plaintiff's Rotowiper aqua trade dress is a valid and enforceable trade dress. For this

reason, permanent injunctive relief is warranted pursuant to 15 U.S.C. § 1116(a) on the following terms:

- Defendants should be prohibited from using the aqua color scheme utilized on genuine Rotowiper products;
- Defendants should be allowed to sell their inventory of genuine Rotowiper units, but should not be allowed to represent that they are authorized Rotowiper dealers, or to use any of Plaintiff's Rotoworks or Rotowiper advertising materials, to effect the sales;
- Defendants should be prohibited from conducting marketing activities which use the Rotowiper trademark, logo, or aqua trade dress; and
- Defendants should be prohibited from destroying or concealing documentary evidence related to the manufacture or sale of their Arkansas-made weed wipers until any related appeals are concluded.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff Rotoworks International Limited shall have and recover from Defendant Grassworks USA, LLC, profits and damages on Plaintiff's Lanham Act claims in the amount of One Hundred Thousand and no/100 Dollars ($100,000.00), together with interest from this date until paid at the rate of 2.57% per annum.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff Rotoworks International Limited shall have and recover from Defendant Robert D. Umberson profits and damages on Plaintiff's Lanham Act claims in

the amount of One Hundred Fifty-One Thousand and no/100 Dollars ($151,000.00), together with interest from this date until paid at the rate of 2.57% per annum.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff Rotoworks International Limited shall have and recover from Defendant Linda K. Reed profits and damages on Plaintiff's Lanham Act claims in the amount of Sixty-Two Thousand and no/100 Dollars ($62,000.00), together with interest from this date until paid at the rate of 2.57% per annum.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff Rotoworks International Limited shall have and recover from Defendant Metalworks, LLC profits and damages on Plaintiff's Lanham Act claims in the amount of Sixty-Two Thousand and no/100 Dollars ($62,000), together with interest from this date until paid at the rate of 2.57% per annum.

**IT IS FURTHER ORDERED AND ADJUDGED** that, for the reasons set forth in the Court's Order of this date, Defendants Grassworks USA, LLC, Robert D. Umberson, Linda K. Reed, and Metal Works, LLC are jointly and severally liable to Plaintiff in the amounts of One Hundred Ninety-One Thousand Six Hundred Ninety-Nine and 30/100 Dollars ($191,699.30) for Plaintiff's reasonable attorneys' fees and Eleven Thousand Eight Hundred Forty-Six and 36/100 ($11,846.36) for the costs of this action, together with interest from this date until paid at the rate of 2.57% per annum.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants Grassworks USA, LLC, Robert D. Umberson, Linda K. Reed, and Metal Works, LLC are prohibited from using the aqua color scheme utilized on genuine Rotowiper products.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants Grassworks USA, LLC, Robert D. Umberson, Linda K. Reed, and Metal Works, LLC may sell their inventory of genuine Rotowiper products to other purchasers, but may not represent that they are authorized Rotowiper dealers, and may not use any Rotoworks or Rotowiper advertising materials to effect the sales.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants Grassworks USA, LLC, Robert D. Umberson, Linda K. Reed, and Metal Works, LLC are prohibited from conducting any marketing activities which use the Rotowiper trademark, logo, website, or aqua trade dress.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants Grassworks USA, LLC, Robert D. Umberson, Linda K. Reed, and Metal Works, LLC are prohibited from destroying or concealing documentary evidence related to the manufacture or sale of their Arkansas-made weed wipers until any related appeals are concluded.

**IT IS SO ORDERED** this the 23rd day of June 2008.

                                                              **/s/ Jimm Larry Hendren**
                                                              **JIMM LARRY HENDREN**
                                                              **UNITED STATES DISTRICT JUDGE**